RECEIVED
IN LAKE CHARLES, LA

SEP 15 2010

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| ANTHONY DEWAYNE PARKER<br>FED. REG. # 13620-076 | CIVIL ACTION NO. 2:09-cv-2148<br>SECTION P |
| VS. | |
| WARDEN, FCI-OAKDALE | JUDGE MINALDI<br>MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

**ORDERED** that plaintiff's civil rights complaint be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b) and LR 41.3.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 14 day of September, 2010.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE